UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JOHNNY PAGAN,

                                        Plaintiff,

        -against-

MORRISANIA NEIGHBORHOOD FAMILY HEALTH
CENTER,

                                        Defendant.

------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

12 Civ. 9047 (WHP) (MHD)

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint dated August 15, 2013; and upon all papers and proceedings previously had therein, the undersigned will move this Court, before the Honorable William H. Pauley, United States District Judge, at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint in its entirety against defendant Morrisania Neighborhood Family Health Center ("Morrisania"), a facility of the New York City Health and Hospitals Corporation ("HHC"), on the grounds that: (1) plaintiff's claims under the New York State Human Rights Law ("SHRL") and the New York City Human Rights Law ("CHRL") are time-barred, and (2) the amended complaint fails to state a claim for relief that is plausible on its face, and for such other relief as may be just, proper and equitable.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Scheduling Order dated July 12, 2013, plaintiff's answering papers, if any, shall be served by September 20,

2013, defendant's reply papers shall be served by the undersigned by September 30, 2013, and that the Court will hear oral argument on October 17, 2013. See Docket Entry 20.

Dated:    New York, New York
         August 15, 2013

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for Defendant
                                    100 Church Street, Room 2-186
                                    New York, New York 10007
                                    (212) 356-2016
                                    lschmelz@law.nyc.gov

                            By:     _____
                                    Leah S. Schmelzer
                                    Assistant Corporation Counsel

TO:   Christine A. Palmieri (by ECF)
      LIDDLE & ROBINSON, L.L.P.
      Attorneys for Plaintiff
      800 Third Avenue
      New York, New York 10022
      (212) 687-1505
      cpalmieri@liddlerobinson.com

Docket No.  12 Civ. 9047 (WHP)(MHD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY PAGAN,

                                      Plaintiff,

-against-

MORRISANIA NEIGHBORHOOD FAMILY HEALTH CENTER,

                                      Defendant.

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-186*
*New York, N.Y.  10007*

*Of Counsel:  Leah S. Schmelzer*
*Tel:  (212) 356-2016*
*Matter #. 2013-005547*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ……………………………………, 201……*

*…………………………………………………………………, Esq.*

*Attorney for ………………………………………………………*